UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20205-CR-UNGARO

UNITED STATES OF AMERICA

vs.

DANIEL JOHN PYE,

Defendant.
_____/

UNITED STATES' COMBINED EXHIBIT AND WITNESS LIST

The United States of America hereby files the attached exhibit and witness list pursuant to the Court's trial order entered on October 2, 2017 [D.E. 60], requiring the parties to file said list ten (10) days before commencement of trial.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    s/ Benjamin Widlanski_____
BENJAMIN WIDLANSKI
Assistant United States Attorney
Court ID No. A5501885
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 530-7976
benjamin.widlanski@usdoj.gov

By:    s/   Ilham A. Hosseini_____
ILHAM A. HOSSEINI
Assistant United States Attorney
U.S. Attorney's Office - SDFL

Court ID No. A5501904
99 NE 4th Street, 8th Floor
Miami, FL 33132
Tel: (305) 961-9297
Fax: (305) 536-4699
Email:   ilham.hosseini@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, the undersigned filed the foregoing document with the Clerk of the Court via CM/ECF.   Counsel of Record for the Defendant was served via that means.

s/ Benjamin Widlanski
Benjamin Widlanski
Assistant United States Attorney

\

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| **v.** | |
| **Daniel John Pye** | **CASE NUMBER:** 17-20205-CR-UNGARO |

| PRESIDING JUDGE | ASSISTANT UNITED STATES ATTORNEY | DEFENDANTS' ATTORNEYS |
|---|---|---|
| Hon. Ursula Ungaro | Ben Widlanski/Ilham Hosseini | Joel Defabio |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| October 30, 2017 | William G. Romanishin | Kathryn Harlan |

| USA. NO. | DEF. NO. | DATE OFFERED | DATE ADMITTED | WITNESS | DESCRIPTION OF EXHIBITS' AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Gerald O'Leary |
| | | | | | S. R. |
| | | | | | Berline Delva |
| | | | | | Patrick St. Louis |
| | | | | | Omega Sainfleur |
| | | | | | K. J.J. |
| | | | | | E. T. |
| | | | | | E. J.J. |
| | | | | | E. V. |
| | | | | | Steve Daugherty |
| | | | | | Lovely Sanon |
| | | | | | Loudridge Saintilmond |
| | | | | | Edwidge Belzaine |
| | | | | | Woodley Caristhene |
| | | | | | HSI SA Emily Shoupe |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | Haitian Birth Certificate of S. R. |
| 2 | | | | | Translation of Haitian Birth Certificate of S. R. |
| 3 | | | | | Green Dell Laptop |
| 4 | | | | | Silver Dell Laptop |
| 5 | | | | | iPhone |
| 6 | | | | | Customs and Border Protection Border Crossing Records |
| 7 | | | | | American Airlines Travel Records |
| 8 | | | | | Facebook Records (Thumbdrive) |
| 9 | | | | | Facebook Records (Printed Copies) |
| 10 | | | | | Haitian Children's Home Prospectus |
| 11 | | | | | "Dear Sponsor" Note – S. R. |
| 12 | | | | | "Dear Sponsor" Note – E. V. |
| 13 | | | | | "Dear Sponsor" Note – E. J.J. |
| 14 | | | | | Daniel Pye Passport |
| 15 | | | | | Daniel Pye Birth Certificate |
| 16 | | | | | Kembe Fem Trifold |
| 17 | | | | | Daily Schedule |
| 18 | | | | | Picture of S. R. |
| 19 | | | | | Picture of E. V. |
| 20 | | | | | Picture of E. J.J. |
| 21 | | | | | Picture of K. J.J. |
| 22 | | | | | Picture of Lovely Sanon |
| 23 | | | | | Picture of Loudridge Saintilmond |
| 24 | | | | | Recorded Call, March 4, 2017 |
| 25 | | | | | Transcript of Recorded Call, March 4, 2017 |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.