**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:17-cr-20205-UU

UNITED STATES OF AMERICA,

v.

DANIEL JOHN PYE,

    Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court upon the Defendant's Motion *In Limine* pursuant to Fed. R. Evid. 408 (the "Motion"). D.E. 62.

THE COURT has reviewed the Motion and is otherwise fully advised of the premises.

Defendant is charged by way of indictment with four counts of Travelling in Foreign Commerce for the Purpose of Engaging in Illicit Sexual Conduct with a Person under Eighteen Years of Age in violation of Title 18, United States Code, Section 2423(b). In sum and substance, Defendant is accused of travelling from the United States to Haiti on four separate occasions between the years 2008 and 2012 for the purpose of engaging in sexual acts with minors. The Defendant filed the instant Motion moving to exclude "evidence of monetary payments to one of the alleged minor victims…and/or her mother" pursuant to Federal Rule of Evidence 408, which prohibits the admission at trial of evidence of a prior settlement discussion or agreement to prove or disprove the validity of a disputed claim. D.E. 62 at *1-2. In its Response, the Government stated that it "does not plan to introduce evidence of the Defendant's alleged settlement or payments in its case-in-chief." D.E. 64 at *1.

Accordingly, it is hereby

2

ORDERED AND ADJUDGED that Defendant's Motion, D.E. 62, is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this __23d__ day of October, 2017.

*Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record